UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 24-cv-9221 (RA) |
| v. | ORDER |
| ENDURA INTERNATIONAL, INC., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On February 4, 2025, Plaintiff received a certificate of default after Defendant failed to file its answer, which was due January 2, 2025. To date, Plaintiff has yet to file a motion for default judgment. It shall do so no later than April 2, 2025. Failure to move for default may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 18, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge