UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

ENDURA INTERNATIONAL, INC.,

    Defendant.

No. 24-cv-9221 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 4, 2025, Plaintiff received a certificate of default after Defendant failed to file its answer, which was due January 2, 2025. Because Plaintiff had not yet moved for default, the Court ordered her to do so by April 2, 2025. *See* Dkt. 10. To date, Plaintiff has still not filed any motion for default judgment. She shall do so no later than April 18, 2025. Failure to move for default will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 4, 2025
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge